AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00267 |
| Andrew William GRISWOLD | ) Assigned To : Harvey, G. Michael |
| | ) Assign. Date : 3/1/2021 |
| | ) Description: Complaint w/ Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Andrew William GRISWOLD     ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds;
18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress;
18 U.S.C. § 1752(a)(2) - Knowingly Engaging in Disorderly or Disruptive Conduct in Restricted Building.

Date: 03/01/2021

Digitally signed by G. Michael Harvey
Date: 2021.03.01 14:34:24 -05'00'
*Issuing officer's signature*

City and state:     Washington, D.C.     G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 03/01/2021, and the person was arrested on *(date)* 03/05/2021
at *(city and state)* Pensacola, Florida.

Date: 03/05/2021

Heather Kinnard
*Arresting officer's signature*

Heather Kinnard TFO Special Agent
*Printed name and title*

Scanned by CamScanner