# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No.: 21-MJ-267 |
| | : | |
| **ANDREW WILLIAM GRISWOLD,** | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF FILING DISCOVERY CORRESPONDENCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, hereby files its April 5, 2021 discovery letter in this case, which was served as an attachment via ECF on counsel for the defendant.

                                           Respectfully submitted,

                                           CHANNING D. PHILLIPS
                                           ACTING UNITED STATES ATTORNEY
                                           D.C. Bar No. 415793

By:     __/s/ *Alexis J. Loeb*_____
          Alexis J. Loeb
          California Bar No. 269895
          Assistant United States Attorney
          Detailee
          U.S. Attorney's Office
          Northern District of California
          450 Golden Gate Ave., 11th Floor
          San Francisco, CA 94102
          alexis.loeb@usdoj.gov

## CERTIFICATE OF SERVICE

On this 5th day of April, 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

        /s/ *Alexis J. Loeb*
        Alexis J. Loeb
        Assistant United States Attorney
        Detailee